UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:   2:18-cr-00697-BHH |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON LLOYD DANIELS | ) | NOTICE OF APPEARANCE |

I, Matt Austin, hereby notify this Honorable Court that I will appear on behalf of the United States in the above-named case.

Please copy me on any correspondence in this matter to me at the address listed below.

Respectfully submitted this 24th day of October, 2018.

Respectfully submitted,

 s/ Marshall "Matt" Austin
Marshall "Matt" Austin (11435)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401

Telephone: (843) 266-1655