UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:   2:18-cr-00697-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON LLOYD DANIELS | ) | NOTICE OF APPEARANCE |

   I, Regina H. Pack, hereby notify this Honorable Court that I will appear on behalf of the United States in the above-named case.   Because the U.S. Attorney's Office for the District of South Carolina has been recused from this matter, the U.S. Department of Justice has appointed me as a Special Attorney to the United States Attorney General ("Special Attorney") to represent the United States in this matter.

   Accordingly, please direct any correspondence in this matter to me at the address listed below.

   Respectfully submitted this 9th day of June, 2020.

Respectfully submitted,

*/s/ Regina H. Pack*
Regina H. Pack
Special Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone:   (704) 338-3155
Email:   Regina.Pack@usdoj.gov