UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 2:18-cr-697-BHH |
| | ) | |
| v. | ) | **VERDICT** |
| | ) | |
| BRANDON LLOYD DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

1. As to Count One of the Second Superseding, I find the Defendant, Brandon Lloyd Daniels, guilty as charged.

2. As to Count Two of the Second Superseding Indictment, I find the Defendant, Brandon Lloyd Daniels, guilty as charged.

_____
The Honorable Bruce H. Hendricks

October 21, 2021
Charleston, South Carolina